UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 16-18536
Maria Christina Herrera )
) Chapter: 13
) Honorable A. Benjamin Goldgar
) Lake County
Debtor(s) )

**ORDER ON MOTION TO OBTAIN/INCUR DEBT & SHORTEN NOTICE**

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Debtor is permitted to purchase a 2014 Volkswagen Tiguan or similar vehicle, with an amount financed not to exceed $14,761.03 interest not to exceed 19.99%, monthly payments not to exceed $356.43 for 72 months.

Enter:

JUN 1 5 2018

Dated:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko